UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) MBD NO. 04MBD10207 |
| | ) |
| LUZ LUCIANO, a/k/a CHILA, | ) |
| DANIEL AGUILAR, | ) |
| ROBERTO SOLORIO, and | ) |
| RICARDO ESTRADA, | ) |
| | ) |
| Defendants. | ) |

### *ASSENTED TO* GOVERNMENT MOTION FOR AN ORDER OF EXCLUDABLE DELAY FOR PURPOSES OF THE SPEEDY TRIAL ACT

Now come the United States of America by undersigned counsel, and moves this Honorable Court to enter an order of excludable delay for purposes of the Speedy Trial Act for the period from July 21, 2004 through and including August 26, 2004. As grounds for this motion, the government sets forth the following:

1. On May 1, 2004, the aforementioned four (4) defendants were arrested by the U.S. Drug Enforcement Administration ("DEA") in connection with the seizure of 50 kilograms of cocaine at a residence in Danvers, MA.

2. A Complaint was issued against all four defendants on May 3, 2004, charging them with conspiracy to possess with intent to distribute and to distribute a quantity of cocaine in violation of 21 U.S.C. §§ 846 - United States v. Luz Luciano, Daniel Aguilar, Roberto Solorio, and Ricardo Estrada; Criminal No. M-04-1732-CBS. The same day, these defendants had initial appearances before Magistrate Judge Charles B. Swartwood, III in Federal Court in

2

Worcester, MA.

3.  Since May, 3, 2004, defendant Aguilar agreed without prejudice to pre-trial detention, defendant Estrada was ordered detained pending trial, and defendants Luciano and Solorio were released on conditions.

4.  The primary purpose for the government's motion seeking relief from the speedy trial restrictions, and, in reality, an extension of time within which to indict these four (4) defendants, is because the government intends to include these four (4) defendants in a larger indictment that will feature twenty (20) other defendants - all of whom were arrested on or about May 1, 2004 and in conjunction with the <u>same</u> cocaine distribution conspiracy that operated on the North Shore of Boston between 2002 and 2004. That case - <u>United States v. Andre Martinez et al.</u>, Criminal No. M-04-1685-CBS - is proceeding apace before Magistrate Judge Swartwood with probable cause and detention hearings continuing. The government anticipates seeking indictment of these twenty defendants (along with the aforementioned four (4) defendants) on or before August 25, 2005 - a time frame well within the Speedy Trial timing requirements governing the <u>Andres Martinez</u> matter.

5.  The government has conferred with counsel for aforementioned four defendants and apprized them of its intention to include defendants Luciano, Aguilar, Solorio, and Estrada into

3

the larger <u>Andres Martinez</u> indictment but would need the requested additional time - or until August 26, 2005 - to accomplish this task. All counsel have *assented* to the government's request to exclude the time (for Speedy Trial purposes) from July 21, 2004 through August 26, 2004 because of the government's stated intention to merge both cases (and defendants) into one indictment.

6. For all the foregoing reasons, the government and defendants respectfully request that this Honorable Court enter an order pursuant to 18 U.S.C. § 3161(h)(8)(A) excluding for purposes of the Speedy Trial Act the period from July 21, 2004 through and including August 26, 2004 on the grounds that the interests of justice outweigh the best interest of the public and the defendant in a speedy trial.

                                            Respectfully submitted,

                                            **MICHAEL J. SULLIVAN**
                                            United States Attorney

By: *[signature]*
           **ROBERT L. PEABODY**
           Assistant U.S. Attorney
           (617) 748-3240

**Date: July 20, 2004**